# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  KIRK W. SELLERS § Case No. 13-80009
      MARYGRACE E. SELLERS §
       §
      Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/03/2013.

2) The plan was confirmed on 03/08/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/09/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/07/2013.

5) The case was dismissed on 10/04/2013.

6) Number of months from filing or conversion to last payment: 2.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $31,134.36.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,644.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,644.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,394.45 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 101.88 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,496.33 |
| Attorney fees paid and disclosed by debtor: | $ 1,000.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| OSTLING & ASSOCIATES | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,394.45 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Sec | 36,500.00 | 37,247.82 | 37,247.82 | 0.00 | 0.00 |
| HARLEY-DAVIDSON CREDIT CORP | Sec | 2,179.95 | 2,205.29 | 2,179.95 | 95.55 | 52.12 |
| HARLEY-DAVIDSON CREDIT CORP | Uns | 0.00 | 0.00 | 25.34 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,534.65 | NA | NA | 0.00 | 0.00 |
| ACCELLERATED REHABILITATION | Uns | 80.20 | NA | NA | 0.00 | 0.00 |
| AFFILIATED SURGEONS OF | Uns | 178.07 | NA | NA | 0.00 | 0.00 |
| AMERICAN AIR / CBNA | Uns | 387.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Uns | 58.15 | NA | NA | 0.00 | 0.00 |
| ATS MEDICAL SERVICE | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| BARIATRIC INST OF GREATER | Uns | 560.00 | NA | NA | 0.00 | 0.00 |
| BELOIT HEALTH SYSTEMS | Uns | 436.56 | NA | NA | 0.00 | 0.00 |
| BELOIT MEMORIAL HOSPITAL | Uns | 219.62 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 2,024.00 | 2,132.31 | 2,132.31 | 0.00 | 0.00 |
| CENTER FOR SPORTS | Uns | 2,051.33 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 459.00 | 459.36 | 459.36 | 0.00 | 0.00 |
| CITIBANK | Uns | 3,261.43 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Uns | 8,867.82 | 10,222.64 | 10,222.64 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DIRECT TV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FECC - COLUMBUS INC | Uns | 11,677.00 | NA | NA | 0.00 | 0.00 |
| FOREST CITY OPEN MRI | Uns | 102.96 | NA | NA | 0.00 | 0.00 |
| FORT HEALTH CARE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,064.32 | 1,261.32 | 1,261.32 | 0.00 | 0.00 |
| HEALTHSOUTH | Uns | 1,020.19 | NA | NA | 0.00 | 0.00 |
| HOME PAGES | Uns | 463.06 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 672.89 | 740.91 | 740.91 | 0.00 | 0.00 |
| HULSEBUS CHIROPRACTIC | Uns | 158.16 | NA | NA | 0.00 | 0.00 |
| ILLINOIS PATHOLOGIST SERVICES | Uns | 14.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 4,644.89 | 3,099.43 | 3,099.43 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 8,769.58 | 8,769.58 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 1,920.87 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 2,169.30 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 1,263.31 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 789.62 | 494.97 | 494.97 | 0.00 | 0.00 |
| MARY NAUGLE | Uns | 345.00 | NA | NA | 0.00 | 0.00 |
| MAUREEN ELICK | Uns | 1,054.65 | NA | NA | 0.00 | 0.00 |
| MOHAMMED AFZAL | Uns | 139.60 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACCOUNT SYSTEMS OF | Uns | 1,869.00 | 1,869.00 | 1,869.00 | 0.00 | 0.00 |
| NATIONAL RECOVERY | Uns | 49.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE MUTUAL INSURANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS IMAGING | Uns | 249.49 | NA | NA | 0.00 | 0.00 |
| NORTHPOINTE | Uns | 644.84 | NA | NA | 0.00 | 0.00 |
| OSF HEALTH CARE | Uns | 26.40 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 2,563.03 | 2,995.74 | 2,995.74 | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Uns | 511.00 | NA | NA | 0.00 | 0.00 |
| RAUCH - MILIKEN INTERNATIONAL | Uns | 463.06 | NA | NA | 0.00 | 0.00 |
| RMS | Uns | 82.94 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY WOMENS HEALTH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 18.70 | 155.53 | 155.53 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 2,687.07 | 694.58 | 694.58 | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 3,408.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD PAIN CENTER | Uns | 301.00 | NA | NA | 0.00 | 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| CONVERGENT HEALTHCARE | Uns | 84.35 | 26.40 | 26.40 | 0.00 | 0.00 |
| ROCKFORD SURGICAL SERVICE | Uns | 16.80 | NA | NA | 0.00 | 0.00 |
| SALLYANN ROBERTS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 510.75 | 410.75 | 410.75 | 0.00 | 0.00 |
| THOR ADVERTISING | Uns | 929.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Uns | 440.58 | NA | NA | 0.00 | 0.00 |
| U OF I MEDICAL CENTER | Uns | 1,201.02 | NA | NA | 0.00 | 0.00 |
| UIC PATHOLOGY | Uns | 6.72 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY LP | Uns | 49.26 | NA | NA | 0.00 | 0.00 |
| UW HEALTH HOSPITAL & CLINIC | Uns | 1,456.49 | NA | NA | 0.00 | 0.00 |
| UW HEALTH PHYSICIANS | Uns | 525.36 | NA | NA | 0.00 | 0.00 |
| B=VAN MATRE HEALTHSOUTH | Uns | 1,020.19 | 1,020.19 | 1,020.19 | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 700.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 37,247.82 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 2,179.95 | $ 95.55 | $ 52.12 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 39,427.77 | $ 95.55 | $ 52.12 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 3,099.43 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 3,099.43 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 31,278.62 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,496.33 |
| Disbursements to Creditors | $ 147.67 |
| **TOTAL DISBURSEMENTS:** | $ 1,644.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: <u>12/27/2013</u>      By: <u>/s/ Lydia S. Meyer</u>
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.